**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 19, 2019

Mr. Edward P. Perdue
Dickinson Wright
200 Ottawa Avenue, N.W.
Suite 1000
Grand Rapids, MI 49503

Gregory J Rohl
Law Office
41850 W. Eleven Mile Road
Suite 101
Novi, MI 48375-1819

Mr. James B. Vogts
Swanson, Martin & Bell
330 N. Wabash Avenue
Suite 3300
Chicago, IL 60611

Re:  Case No. 19-2455, *Michelle Lefebre v. Remington Arms Company, LLC*
      Originating Case No. : 2:17-cv-00152

Dear Counsel,

   This appeal has been docketed as case number **19-2455** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **January 2, 2020**. Additionally, the transcript order must be

completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  | Appearance of Counsel |
| --- | --- |
| Appellant: | Civil Appeal Statement of Parties & Issues |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

|  | Appearance of Counsel |
| --- | --- |
| Appellee: | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Jill E Colyer
Case Manager
Direct Dial No. 513-564-7024

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 19-2455**

MICHELLE MARIE LEFEBRE, Personal Representative of the Estate of Shellsea Blair Lefebre-Schiel

       Plaintiff - Appellant

v.

REMINGTON ARMS COMPANY, LLC

       Defendant - Appellee